United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-10920-elf
Jeanine Menei Bray                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Nov 02, 2017
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db             +Jeanine Menei Bray,    337 King St Apt 1,    Pottstown, PA 19464-5592
cr            ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Corporation,    19001 South Western Avenue,
                Torrance, CA  90509-2958)
13674218       +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
13674219       +Ashworth College,    6625 The Corners Parkway, Suite 500,    Norcross, GA 30092-3388
13674220       +Comcast - Billing Dept.,    190 Shoemaker Road,    Pottstown, PA 19464-6420
13674221       +Credit Control Corp.,    11821 Rock Landing Drive,    Newport News, VA 23606-4207
13674222       +Enhanced Recovery Corporation,    10550 Deerwood Park Blvd.,    Suite 600,
                Jacksonville, FL 32256-2811
13674223       +Montco CCC,    340 DEKALB PIKE,    Blue Bell, PA 19422-1412
13674225      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court:  T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596)
13674226       +TOYOTA MOTOR CREDIT CORP,    TWO WALNUT GROVE 210,    Horsham, PA 19044-7704
13696203        Toyota Motor Credit Corporation,    c/o Becket & Lee LLP,    PO Box 3001,
                Malvern PA  19355-0701
13706426       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13674227       +USCB Corp,    101 Harrison Street,    Archbald, PA 18403-1961
13760914        Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 03 2017 01:10:23     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2017 01:09:53
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 03 2017 01:10:10     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13683034        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 03 2017 01:17:21
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13674224       +E-mail/Text: Supportservices@receivablesperformance.com Nov 03 2017 01:10:34
                RECEIVABLES PERFORmance,    20816 44TH AVE W,    Lynnwood, WA 98036-7744
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,
                Malvern, PA  19355-0701
13788993*       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              BARBARA A. FEIN    on behalf of Creditor    Toyota Motor Credit Corporation speck@lobaf.com,
               BarbaraF@lobaf.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                   Date Rcvd: Nov 02, 2017
                              Form ID: pdf900            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MATTHEW R. NAHRGANG    on behalf of Debtor Jeanine Menei Bray mnahrgang@verizon.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                       TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEANINE MENEI BRAY          Chapter 13

           Debtor          Bankruptcy No. 16-10920-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: November 1, 2017**

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MATTHEW R NAHRGANG
35 EVANSBURG RD

COLLEGEVILLE, PA 19426


Debtor:
JEANINE MENEI BRAY

337 KING ST APT 1

POTTSTOWN, PA 19464-